uuu





# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 9, 1939

Hon. S.L. West
County Auditor
Van Zandt County
Canton, Texas

Dear Sir:

> Opinion No. O-759
> Re: Disposition of the one-half of
> one per cent collected by the
> county judge from guardians and
> administrators.

This will acknowledge receipt of your
request of May 4, 1939, for an opinion as to the
disposition to be made of the one-half of one
per cent collected by the county judge from guard-
ians and administrators. Such fees are provided
by article 3926 of the Revised Civil Statutes.

Section 5 of article 3912e, in part,
provides:

> "It shall be the duty of all of-
> ficers to charge and collect in the
> manner authorized by law all fees and
> commissions which are permitted by law
> to be assessed and collected for all
> official service performed by them. As
> and when such fees are collected they
> shall be deposited in the Officer's
> Salary Fund, or funds provided in this
> Act."

It is clear that the one-half of one
per cent collected by the county judge from guard-
ians and administrators in compliance with arti-
cle 3926, supra, comes within the term "fees and
commissions".



Hon. S.L. West, May 9, 1939, Page 2

Inasmuch as the county judge of Van Zandt County is on a salary you are respectfully advised that all fees collected by him, including the fees provided by article 3926, supra, should be deposited in the Officer's Salary Fund.

The county judge would not be entitled to retain any fee collected by him and there is no exception provided for the fees or commissions collected by virtue of article 3926. The salary of the county judge is in lieu of all other fees, commissions or compensation which he would otherwise be authorized to retain if compensated on a fee basis rather than by salary. See section 3 of article 3912e.

Trusting that the above satisfactorily answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Benjamin Woodall
Benjamin Woodall
Assistant

BW:omb

APPROVED:

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS